```
               IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF SOUTH CAROLINA

                        GREENWOOD DIVISION

UNITED STATES OF AMERICA,      )   CANCELLATION OF LIS PENDENS
                               )
                Plaintiff,     )   C/A No. 8:07-1707 HFF
                               )
         vs.                   )
                               )
Angela Burt, Individually and as)
Personal Representative of the )
ESTATE OF PATRICIA ANN MAKINS  )
BURT, Greenwood ENT; Greenwood )
Endoscopy Center, Self Regional)
Healthcare; Digestive Disease  )
Group, P.A.,                   )
                               )
                Defendants.    )
```

The United States of America does hereby acknowledge that **DEXTER AND STEPHANIE NORMAN**, were the successful bidders at the sale of the property subject to the above-entitled action, and the Clerk of Court of Common Pleas for Greenwood County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on July 23, 2007, in Lis Pendens Book 59, at Page 102.

```
                              S/Henry F. Floyd
                              UNITED STATES DISTRICT JUDGE
```

Spartanburg, S. C.

November 3, 2008

2